AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Wanda Watson ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-01356-DLC |
| Kellogg Sales Company ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kellogg Sales Company                                                                                                           .

Date:   04/11/2019

/s/ Elizabeth Edmondson
*Attorney's signature*

Elizabeth Edmondson (EE0554)
*Printed name and bar number*

Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022
*Address*

eedmondson@jenner.com
*E-mail address*

(212) 891-1606
*Telephone number*

(212) 891-1699
*FAX number*