UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
WANDA WATSON, individually and on      :        19cv1356(DLC)
behalf of all others similarly         :
situated,                              :        SCHEDULING ORDER
                          Plaintiff,   :
                                       :
          -v-                          :
                                       :
KELLOGG SALES COMPANY,                 :
                                       :
                          Defendant.   :
                                       :
-------------------------------------- X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED:  MAY 0 8 2019

DENISE COTE, District Judge:

        As set forth at the pretrial conference held pursuant to

Rule 16, Fed. R. Civ. P., on May 8, 2019, it is hereby

        ORDERED that the defendant shall file any motion to dismiss

the complaint by **June 10, 2019.**

        IT IS FURTHER ORDERED that plaintiff shall file any amended

complaint by **July 5, 2019.**  Under Rule 15(a)(1)(B), Fed. R. Civ.

P., a plaintiff has 21 days after the service of a motion under

Rule 12(b) to amend the complaint once as a matter of course.

It is unlikely that plaintiff will have a further opportunity to

amend.

        IT IS FURTHER ORDERED that if no amended complaint is

filed, plaintiff shall file any opposition to the motion to

dismiss by **July 5, 2019.**  Defendant's reply, if any, shall be

filed by **July 19, 2019.**  At the time any reply is filed, the

moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United

States Courthouse, 500 Pearl Street, New York, New York.


Dated:     New York, New York
           May 8, 2019

                                    _____
                                    DENISE COTE
                            United States District Judge