UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WANDA WATSON, JESSICA MCCLAIN, STEPHEN MATEJOV, LEROY JACOBS, HAROLD MICHAEL, JENNIFER STEPHENS, and JANE DOE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>KELLOGG SALES COMPANY,<br><br>    Defendant. | Case No. 1:19-cv-1356-DLC<br><br>The Honorable Denise L. Cote<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** |

PLEASE TAKE NOTICE that the undersigned attorneys for Defendant Kellogg Sales Company hereby move, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), for an Order dismissing Plaintiffs' First Amended Class Action Complaint for failure to state a claim on which relief can be granted, failure to establish standing to seek injunctive relief, and failure to establish personal jurisdiction over the claims of non-resident class members.

Kellogg's motion is based on this Notice of Motion, the accompanying Memorandum of Law filed herewith, any reply or supplemental briefing, and any further evidence or argument (including oral argument) that the Court may invite Kellogg to present.

                              Respectfully submitted,

Dated: July 19, 2019             JENNER & BLOCK LLP

                              By:  /s/ Dean N. Panos
                                    Dean N. Panos (*pro hac vice*)
                                    Elizabeth A. Edmondson (N.Y. Reg. 4705539)
                                    Alexander M. Smith (*pro hac vice*)

                              Attorneys for Defendant
                              Kellogg Sales Company

**CERTIFICATE OF SERVICE**

I, Dean N. Panos, an attorney, hereby certify that on this 19th day of July, 2019, I caused true and correct copies of the foregoing Notice of Motion to Dismiss and supporting documents to be served on the following individuals by Electronic Court Filing (ECF):

Spencer Sheehan
Sheehan & Associates, P.C.
505 Northern Blvd., Suite 311
Great Neck, NY 11021
(516) 303-0552
spencer@spencersheehan.com

*Attorney for Plaintiffs Wanda Watson et al.*

By: _/s/ Dean N. Panos_____ _____