UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                           :

JOANNE DE LA CRUZ BERAS, individually :      19cv1356(DLC)
and on behalf of all others similarly :
situated :
                                             :        ORDER OF
                                             :    DISCONTINUANCE
                            Plaintiff, :

        -v- :

KELLOGG SALES COMPANY, :
                            Defendant. :

------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2|13|2020

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 16, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:     New York, New York
          February 13, 2020

                                    _____
                                        DENISE COTE
                       United States District Judge